

**IN THE
TENTH COURT OF APPEALS**

No. 10-23-00166-CV

**IN RE PAUL E. LILES AND BONNIE MARIE LILES**

**Original Proceeding**

**From the 13th District Court
Navarro County, Texas
Trial Court No. D21-29434-CV**

## MEMORANDUM OPINION

Relators Paul E. Liles and Bonnie Marie Liles filed a petition for a writ of mandamus in which they challenge the denial of a motion to expunge lis pendens and ask this Court to order that the "letter ruling be reversed" and that real party in interest bear his own costs. The petition for writ of mandamus is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,*
      Justice Johnson, and
      Justice Smith
      *(Chief Justice Gray dissents.  A separate opinion will not issue.)
Petition denied
Opinion delivered and filed June 28, 2023
[OT06]

